| | |
|---|---|
| | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| David Knapp, | ) | No. CV-08-00780-ROS |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| California Dept. of Corrections and Rehabilitation, et al., | ) ) ) | |
| Defendant. | ) ) ) | |

Defendant Kelso has filed a motion to dismiss.

**NOTICE--WARNING TO PLAINTIFF**

*THIS NOTICE IS REQUIRED TO BE GIVEN TO YOU BY THE COURT*

The Defendant's Motion to Dismiss seeks to have your claims against Defendant Kelso dismissed. A motion to dismiss will, if granted, dismiss your claims and either end your case with respect to Defendant Kelso or require that you file an amended complaint.

Generally, a motion to dismiss will be granted if your complaint fails to state a claim on which relief can be granted. When a party you are suing makes a motion to dismiss, that party is challenging what you say in your complaint. The party seeks dismissal of your case because the allegations in your complaint do not entitle you to the relief you seek.

1     Accordingly,

2     **IT IS ORDERED** Plaintiff shall submit any opposition to the motion to dismiss no later than **April 9, 2010**. If no response is submitted, the Court will rule upon the motion to dismiss based on the present record.

    DATED this 18th day of March, 2010.

    _____
    Roslyn O. Silver
    United States District Judge