IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| David Knapp, | ) | No. CV-08-00780-ROS |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| California Dept. of Corrections and Rehabilitation, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

Pursuant to Plaintiff's request (Doc. 28), this case will be dismissed without prejudice. Accordingly,

**IT IS ORDERED** the Motion to Dismiss and Motion Requesting Response (Docs. 18, 29) are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** this case is **DISMISSED WITHOUT PREJUDICE**.

DATED this 23rd day of August, 2010.

Roslyn O. Silver
United States District Judge