IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Knapp,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>California Dept. of Corrections and Rehabilitation, et al.,<br><br>　　　　Defendants. | No. CV-08-780-ROS<br><br>**ORDER** |

On August 24, 2010, pursuant to Plaintiff's request, the Court dismissed this case. (Doc. 30). On July 29, 2011, Plaintiff filed his "Second Amended Prisoner Civil Rights Complaint." (Doc. 31). The right to amend one's complaint expires when a case is dismissed. *Newland v. Dalton*, 81 F.3d 904, 906-07 (9th Cir. 1996) ("The district court could properly deny leave to amend the complaint after it had already dismissed the action."). Plaintiff's attempt to amend his complaint came close to one year after his case was dismissed. Thus, Plaintiff's request to file an amended complaint will be denied and the amended complaint will be stricken. If Plaintiff wishes to initiate a new action, he should do so by filing an initial complaint in a new case.

Accordingly,

**IT IS ORDERED** the Amended Complaint (Doc. 31) is **STRICKEN**.

Dated this 3rd day of August, 2011.

_____
Roslyn O. Silver
Chief United States District Judge